**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARY REGINA BLANKENSHIP**                                                    **PLAINTIFF**

**v.**                                       **4:07CV00039-WRW**

**JOSE PALACIOS**                                                              **DEFENDANT**

**ORDER**

Pending are Plaintiff's Motions for Ruling to Determine Sufficiency of Service of Process

(Doc. Nos. 16 and 17).  Defendant has responded (Doc. No. 18).

Plaintiff's maintains that service has been perfected by Mike Tschiemer, who tried to serve

Defendant only for Defendant to refuse to accept service.  In support of her motion, Plaintiff cites

to an Affidavit of Service of Mr. Tschiemer.  No such affidavit is attached to any of Plaintiff's

pleadings.  Service of process cannot be determined from the facts presented. Accordingly,

Plaintiff's Motions are DENIED.  By Order entered on April12, 2007, Plaintiff has until August 1,

2007 to perfect service.

IT IS SO ORDERED this 13th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE